UNITED STATES DISTRICT COURT
EASTERN DISTRICT OF NEW YORK
------------------------------------------------------------------X
:
UNITED STATES OF AMERICA,                                         :
                                                                  :
        -against-                                            :    ORDER
                                                                  :
LANCE MOSKOWITZ,                                                  :    11-cr-793 (WFK)
LORIANN MOSKOWITZ,                                                :
STEVEN SCIARRINO,                                                 :
SALVATORE PARKER,                                                 :
SCOTT MOSKOWITZ, and                                              :
STANLEY MOSKOWITZ,                                                :
                                                                  :
        Defendants.                                           :
                                                                  :
------------------------------------------------------------------X

**KUNTZ, United States District Judge**

    Pursuant to the status conference before the Honorable William F. Kuntz, II on August 28, 2012, and the letter filed on September 30, 2012 by Marion A. Seltzer, the Court has appointed <u>Curcio</u> counsel for each defendant, per below. Ms. Seltzer is hereby relieved as <u>Curcio</u> counsel for Defendant Salvatore Parker, and Joel Cohen is hereby appointed as new <u>Curcio</u> counsel for Defendant Salvatore Parker. Each <u>Curcio</u> counsel shall consult with both his or her client and his or her client's current counsel. Each <u>Curcio</u> counsel shall be prepared to inform the Court of any and all potential <u>Curcio</u> issues at the hearing scheduled for Friday, October 5, 2012 at 9:30 a.m. in Courtroom 6H North.

| | |
|---|---|
| Defendant #1: | Lance Moskowitz |
| Current Counsel: | Susan Gail Kellman |
| <u>Curcio</u> Counsel: | Gary Farrell |
| | 305 Broadway, Suite 1400 |
| | New York, NY 10007 |
| | Phone: 212-822-1434 |
| | Email: garyfesq@aol.com |

Defendant #2:        Loriann Moskowitz
Current Counsel:     Andrew J. Frisch
<u>Curcio</u> Counsel:      Zoe Dolan
                     30 Vesey Street, Suite 100
                     New York, NY  10007
                     Phone: 347-301-5180
                     Email: zdolan@gmail.com

Defendant #3:        Steven Sciarrino
Current Counsel:     Ronald Castorina, Jr.
<u>Curcio</u> Counsel:      Elizabeth Fink
                     36 Plaza Street, #1G
                     Brooklyn, NY  11238
                     Phone: 718-783-3682
                     Email: atticuslex@aol.com

Defendant #4:        Salvatore Parker
Current Counsel:     Frederick L. Sosinsky
<u>Curcio</u> Counsel:      Joel Cohen
                     225 Broadway, Suite 1203
                     New York, NY  10007
                     Phone: 212-571-8899
                     Email: jcesq99@gmail.com

Defendant #5:        Scott Moskowitz
Current Counsel:     Susan Gail Kellman
<u>Curcio</u> Counsel:      Richard Rosenberg
                     217 Broadway, Suite 707
                     New York, NY  10007
                     Phone: 212-586-3838
                     Email: richrosenberg@msn.com

Defendant #6:        Stanley Moskowitz
Current Counsel:     Andrew J. Frisch
<u>Curcio</u> Counsel:      Steve Brounstein
                     42-40 Bell Boulevard, Suite 500
                     Bayside, NY  11361
                     Phone: 718-281-4000
                     Email: sbpdb@aol.com

**SO ORDERED**

Dated: Brooklyn, New York
October 1, 2012

                                                s/WFK

                                HON. WILLIAM F. KUNTZ, II
                                United States District Judge